UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON LENORE BROWN,<br>7520 Maury Road<br>Baltimore, Maryland 21244,<br><br>  Plaintiff<br>  v.<br><br>ALBERTO R. GONZALES,<br>In His Official Capacity as United States<br>Attorney General,<br><br>  Defendant. | Civil Action No.: 07-1559 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2007, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, **Michael W. Beasley, Esq.,** via the court's Electronic Filing Case System (ECF).

                                              /s/
                                       KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov