UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON LENORE BROWN, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
|  | ) Civil Action No. 07-1559 (JR) |
| v. | )  (ECF) |
|  | ) |
| ALBERTO R. GONZALES, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Alberto R. Gonzales, respectfully requests an enlargement of time up to and including December 28, 2007, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

1. On September 4, 2007, Plaintiff, filed this action alleging discrimination under Title VII of the Civil Rights Act of 1964, *inter alia* against the former U.S. Attorney General, Alberto Gonzales in his official capacity. Defendant's answer or other response is due November 13, 2007.

2. The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel regarding issues that are pertinent to Defendant's response.

3. The amount of time requested takes into consideration the upcoming holidays. This is Defendant's first request for an extension.

4. Pursuant to LCvR 7(m), Defendant has conferred with Plaintiff's counsel who has

consented to this request.

WHEREFORE, Defendants requests that this enlargement be granted. A minute order is requested.

November 9, 2007                             Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 9th day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Michael W. Beasley, via the Court's Electronic Case Filing system.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)