UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON LENORE BROWN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-1559 (JR) |
| | ) (ECF) |
| ALBERTO R. GONZALES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendant, Alberto R. Gonzales, respectfully requests an enlargement of time up to and including January 4, 2008, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

1. On September 4, 2007, Plaintiff, filed this action alleging discrimination under Title VII of the Civil Rights Act of 1964, *inter alia* against the former U.S. Attorney General, Alberto Gonzales in his official capacity. Defendant's answer or other response was due December 28, 2007.

2. The undersigned respectfully requests that the Court excuse the undersigned's omission to file a timely enlargement, which was due to illness.

3. This request should not prejudice the Plaintiff.

4. Pursuant to LCvR 7(m), Defendant has conferred with Plaintiff's counsel who has

graciously consented to this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

January 3, 2008                                    Respectfully submitted,

                                                  _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                  _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                  __/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I that on this 3rd day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Michael W. Beasley, via the Court's Electronic Case Filing system.

                                                                      _/s/_____
                                                                      KENNETH ADEBONOJO
                                                                      Assistant United States Attorney
                                                                      Judiciary Center Building
                                                                      555 4th Street, N.W. – Civil Division
                                                                      Washington, D.C.  20530
                                                                      (202) 514-7157
                                                                      (202) 514-8780 (facsimile)