UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON LENORE BROWN,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 07-1559 (JR)
                                    :
ALBERTO R. GONZALES, United         :
States Attorney General,            :
                                    :
        Defendant.                  :

## SCHEDULING ORDER

After a scheduling conference held in chambers on January 22, 2008, it is **ORDERED** that the parties' joint Rule 16.3 report is approved. It is

**FURTHER ORDERED** that the Rule 26(a)(1) initial disclosures are due February 22, 2008 and discovery is to be completed July 22, 2008. It is

**FURTHER ORDERED** that any dispositive motion is due September 8, 2008, with any opposition due October 8, 2008 and reply due October 23, 2008. It is

**FURTHER ORDERED** that a status conference is set for **May 15, 2008 at 4:30 p.m.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions. It is

**FURTHER ORDERED** that the final pretrial conference is set for **November 20, 2008 at 4:30 p.m.**, and that trial will commence at **9:30 a.m. on December 8, 2008**.  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

```
                                   JAMES ROBERTSON
                              United States District Judge
```